UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80120-CIV-MAYNARD

**RESTLESS MEDIA GMBH,**

    Plaintiff,

vs.

**THOMAS E. JOHNSON, MILESTONE MOTORCARS LLC, and MILESTONE MOTORCARS SALES, LLC,**

    **Defendants.**
_____/

## FINAL JUDGMENT

**THIS CAUSE** came before the Court on a jury trial that commenced on December 16, 2024. On December 19, 2024, the jury returned a verdict in favor of Plaintiff RESTLESS MEDIA GMBH and against Defendants THOMAS E. JOHNSON, MILESTONE MOTORCARS LLC, and MILESTONE MOTORCARS SALES, LLC. DE 266. Consistent with the jury's verdict, it is **ORDERED AND ADJUDGED** as follows:

    1.    Pursuant to Federal Rules of Civil Procedure 54 and 58, and in accordance with the jury's verdict:

        a.    Judgment is entered in favor of Plaintiff RESTLESS MEDIA GMBH and against Defendants THOMAS E. JOHNSON, MILESTONE MOTORCARS LLC and MILESTONE MOTORCAR SALES, LLC for fraud. Plaintiff RESTLESS MEDIA GMBH is entitled to damages in the amount of $1,170,000.00, for which sum let execution issue.

 b. Judgment is entered in favor of Plaintiff RESTLESS MEDIA GMBH and against Defendants THOMAS E. JOHNSON, MILESTONE MOTORCARS LLC and MILESTONE MOTORCAR SALES, LLC for breach of contract. Plaintiff RESTLESS MEDIA GMBH is entitled to damages in the amount of $175,000.00, for which sum let execution issue.

 c. Judgment is entered in favor of Plaintiff RESTLESS MEDIA GMBH and against Defendants THOMAS E. JOHNSON and MILESTONE MOTORCAR SALES, LLC for breach of fiduciary duty.  Plaintiff RESTLESS MEDIA GMBH is entitled to damages in the amount of $44,000.00, for which sum let execution issue.

 d. Judgment is entered in favor of Plaintiff RESTLESS MEDIA GMBH and against Defendants THOMAS E. JOHNSON and MILESTONE MOTORCAR SALES, LLC for violation of the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA").  Plaintiff RESTLESS MEDIA GMBH is entitled to damages in the amount of $105,000.00, for which sum let execution issue.

 e. Judgment is entered in favor of Plaintiff RESTLESS MEDIA GMBH and against Defendants THOMAS E. JOHNSON, MILESTONE MOTORCARS LLC and MILESTONE MOTORCAR SALES, LLC for Money Had and Received. Plaintiff RESTLESS MEDIA GMBH is entitled to recover $375,000.00 from Defendants THOMAS E. JOHNSON and MILESTONE MOTORCAR SALES, LLC and $0 from MILESTONE MOTORCARS LLC, for which sums let execution issue.

   f.  As to each of the counts for fraud, breach of contract, breach of fiduciary duty, and violation of FDUTPA, Plaintiff is also entitled to pre-judgment interest, and post-judgment interest shall accrue at the statutory rate.

 2. The Court shall retain jurisdiction to consider an award of reasonable attorney's fees and costs upon appropriate motion. In seeking fees and costs, the parties shall abide strictly by the requirements of this District's Local Rules.

 3. All post-trial motions shall be filed by February 3, 2025.

 4. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 6th day of January, 2025.

_____
SHANIEK MILLS MAYNARD
U.S. MAGISTRATE JUDGE